UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LEE W. REED and LYNELLE REED,<br><br>                    Plaintiffs,<br><br>     v.<br><br>CITY OF ASOTIN, et al.,<br><br>                    Defendants. | NO:  11-CV-0469-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

   BEFORE THE COURT is the parties' Joint Notice of Settlement (ECF No. 61), which the Court construes as a stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Pursuant to the parties' stipulation, the Court will dismiss this case with prejudice and without costs or attorney's fees to any party.  Fed. R. Civ. P. 41(a)(1)(A)(ii).

//

//

//

//

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

1  **ACCORDINGLY, IT IS HEREBY ORDERED**:

2  Pursuant to the parties' stipulation of dismissal (ECF No. 61), all claims and

3  causes of action in this matter are **DISMISSED** with prejudice and without costs

4  or fees to any party.  The telephonic hearing currently scheduled for April 11,

5  2013, is hereby **STRICKEN**.

6  The District Court Executive is hereby directed to enter this Order, furnish

7  copies to counsel, and **CLOSE** the file.

8  **DATED** March 19, 2013.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2